Sweet, J

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,<br><br>Defendants. | 07 CV 10588 (RWS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING AND RELATED MATTERS** |
| ROSIE L. BROOKS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,<br><br>Defendants. | Index No. 07 CV 11423 |







MP1:1011364.9

Pursuant to Federal Rule of Civil Procedure 16(e), the parties stipulate, and the Court hereby orders, as follows:

CONSOLIDATION OF RELATED CASES AND ALL FUTURE RELATED CASES

1. All related actions that are currently or subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

2. The following two related actions have been filed in this District as of this date:

*Pyramid Holdings, Inc. v. Giant Interactive, et al.*, Index No. 07 CV 10588.

*Rosie L. Brooks v. Giant Interactive, et al.*, Index No. 07 CV 11423.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

MASTER DOCKET AND CAPTION

4. The docket in Case No. 07 CV 10588 shall constitute the Master Docket for this action.

5. Every pleading in this proceeding shall bear the following caption:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE GIANT INTERACTIVE GROUP, INC. SECURITIES LITIGATION | ) | Case No. 07 CV 10588 |
| | ) | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | ) | |

MPI:1011364.9

6. The file in Case No. 07 CV 10588 shall constitute a Master File for any and all actions consolidated into this action. When a pleading is intended to be applicable to all actions to which this Order is applicable, the phrase "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable only to some, but not all, of such actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in any such action.

7. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

a. Place a copy of this Order in the separate file for sueh aetion;

b. Serve on plaintiff's counsel in the new case a copy of this Order;

c. Direct that this Order be served upon any new defendant(s) in the new case; and

d. Make the appropriate entry in the Master Docket.

LEAD PLAINTIFF'S COUNSEL

8. After the Court has designated a Lead Plaintiff, pursuant to 15 U.S.C. Section 78u-4(a)(3)(B), the Lead Plaintiff shall designate a law firm or firms to serve as Lead Plaintiff's Counsel, pursuant to 15 U.S.C. Section 78u-4(a)(3)(B)(v). Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel. On January 25, 2008, an unopposed motion for lead plaintiff status was filed on behalf Dunping Qui, Yihua Li, Xie Yong, Linming Shi, and Arthur Michael Gray by their counsel, Coughlin, Stoia, Geller, Rudman & Robbins LLP

and Abraham Frutcher & Twersky LLP.

9. Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel. Such agreements shall be binding on all plaintiffs. Service on Lead Plaintiff's Counsel shall constitute service on all plaintiffs.

PLEADINGS AND MOTIONS

10. Defendants are not required to respond to the complaint in this action or any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint by Lead Plaintiff's Counsel. Defendants have authorized their respective counsel to accept service of the initial complaints, but acceptance of service will not constitute a waiver of any defenses.

11. Lead Plaintiff shall file a consolidated complaint within sixty (60) days of the entry of an order appointing Lead Plaintiff and Lead Counsel in this Consolidated Action, unless otherwise agreed upon by the parties. The consolidated complaint shall supersede all existing complaints filed in this Consolidated Action.

12. Defendants shall respond to the consolidated complaint within forty-five (45) days after service (or, in the event that Lead Plaintiff's Counsel designates an existing complaint as the operative complaint, within forty-five (45) days after service of written notice of such designation), unless otherwise agreed by the parties. If defendants file any motions directed at the operative complaint, the opposition brief shall be filed within forty five (45) days of that motion, with the reply brief filed thirty (30) days thereafter, unless otherwise agreed upon by the parties.

13. Counsel for the parties shall notify their clients of their document preservation obligations pursuant to the federal securities laws and the Local Rules.

Dated: January 30, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: ______________________________

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@csgrr.com

ABRAHAM FRUCHTER & TWERSKY LLP
Jack G. Fruchter
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

Attorneys for Plaintiff Pyramid Holdings, Inc., and Proposed Lead Plaintiffs Dunping Qui, Yihua Li, Xie Yong, Linming Shi, and Arthur Michael Gray

BRODSKY & SMITH, LLC

Dated: January 30, 2008

By: Evan Smith (JSS)
Evan J. Smith
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4799
Facsimile: (516) 741-0626
esmith@brodsky-smith.com

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com

Attorneys for Plaintiff
Rosie L. Brooks, Individually and All On Behalf of All Others Similarly Situated

SIDLEY AUSTIN LLP

Dated: January __, 2008

By:______________________
A. Robert Pietrzak
Andrew W. Stern
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
apietrzak@sidley.com
astern@sidley.com

Attorneys for Defendants
Merrill Lynch & Co. and UBS Investment Bank

BRODSKY & SMITH, LLC

Dated: January __, 2008

By:______________________

Evan J. Smith
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4799
Facsimile: (516) 741-0626
esmith@brodsky-smith.com

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com

Attorneys for Plaintiff
Rosie L. Brooks, Individually and All On Behalf of All Others Similarly Situated

SIDLEY AUSTIN LLP

Dated: January 31, 2008

By: [signature]

A. Robert Pietrzak
Andrew W. Stern
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
apietrzak@sidley.com
astern@sidley.com

Attorneys for Defendants
Merrill Lynch & Co. and UBS Investment Bank

MP1:1011364.9

O'MELVENY & MYERS LLP

Dated: January 30, 2008

By: [signature]
Jonathan Rosenberg (JBS)
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
jrosenberg@omm.com

Attorneys for Defendant
Giant Interactive Group, Inc.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1-31, 2008

[signature]
Honorable Robert W. Sweet
United States District Judge

MP1:1011364.9